*State, Respondent, v. McFarland, Petitioner*, No. 92947-5. Petition for review of a decision of the Court of Appeals, No. 32873-2-III, March 8, 2016, 192 Wn. App. 1071. *Granted* August 24, 2016.

*In re Pers. Restraint of Mines, Petitioner*, No. 92459-7. Motion for discretionary review of a decision of the Court of Appeals, No. 25729-1-III, October 8, 2015, 190 Wn. App. 554. *Denied* June 13, 2016.

*In re Marriage of Black*, No. 92994-7. Petition for review of a decision of the Court of Appeals, No. 46788-7-II, March 8, 2016, 192 Wn. App. 1068. *Granted* August 31, 2016.

*State, Respondent, v. Marcum, Petitioner*, No. 93006-6. Petition for review of a decision of the Court of Appeals, No. 46855-7-II, February 9, 2016, 192 Wn. App. 1037. *Granted on a specific issue* and *remanded* to the superior court August 31, 2016.

*State, Respondent, v. Naillon, Petitioner*, No. 93063-5. Petition for review of a decision of the Court of Appeals, Nos. 46754-2-II and 46810-7-II, March 8, 2016, 192 Wn. App. 1068. *Granted on a specific issue* and *remanded* to the superior court August 31, 2016.